# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2021

## NO. 03-20-00572-CV

**R. Stephen McNally, Appellant**

**v.**

**Krystene Wormley Woodard, in her Capacity as Independent Executor of
The Estate of Johnnie Sam Simpson Living Trust; Donna Barnes Ware; Henry Evans;
and Lois Jean Bradshaw Evans, Appellees**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court on August 27, 2020. Having reviewed

the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court

dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal,

both in this Court and in the court below.